IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK DORSEY and AMY FRAZIER | : | Civil Action No. |
| | : | |
| vs. | : | |
| | : | Jury Trial Demanded |
| STATE FARM FIRE AND CASUALTY COMPANY | : : | |

## NOTICE FOR REMOVAL OF CIVIL ACTION
## FROM STATE COURT

Defendant, State Farm Fire and Casualty Company ("Defendant State Farm"), respectfully petitions for removal to this Court of a state civil action pending in the Court of Common Pleas of Philadelphia County, Pennsylvania, and in support avers as follows:

1. On or about August 31, 2022, a Praecipe for Writ of Summons was filed on by Plaintiffs, Mark Dorsey and Amy Frazier in the Court of Common Pleas of Philadelphia County.

2. Plaintiffs filed a Complaint on November 15, 2022, which is pending in the Court of Common Pleas of Philadelphia County at No. 220803369. A copy of Plaintiffs' Complaint is attached as Exhibit "A" and incorporated by reference.

3. After receipt of Plaintiffs' Complaint, Defendant State Farm ascertained that the damages being claimed exceed $75,000.00.

4. Plaintiffs' Complaint contains one count setting forth a claim for Breach of Contract.

5. The *ad damnum* clause in Count I demands "judgment against Defendant in an amount in excess of $50,000.00, together with interest and court costs."

2829845.1/57726

6. Plaintiffs' Complaint seeks incidental and consequential damages against Defendant State Farm.

7. Defendant State Farm files herewith and attaches hereto as Exhibit "B" a copy of the Answer with New Matter to Plaintiffs' Complaint filed in the above-referenced State Court action.

8. The state court where this action is pending is located in Philadelphia County, Pennsylvania, which is embraced within this judicial district.

9. At the time of the filing of this action, Plaintiffs were residents of Spring City, Pennsylvania and a citizen of Pennsylvania. See Exhibit "A" at ¶ 1.

10. Defendant State Farm is an Illinois corporation with its principal place of business in Bloomington, Illinois and is therefore a citizen of a state other than Pennsylvania. See Exhibit "A" at ¶ 2.

11. Plaintiffs have attached to their Complaint an estimate from Action Adjustment Service, Inc. indicating that it claims contractual damages totaling $201,267.62. See Exh. A.

12. Consequently, the amount in controversy in this matter is in excess of the sum of $75,000.00, exclusive of interest and costs, such that the amount in controversy and the diversity requirements for federal diversity jurisdiction are satisfied and this court now has jurisdiction over this subject matter under and pursuant to 28 U.S.C. § 1332.

13. This Notice is filed within thirty (30) days of Defendant State Farm's first indication that the damages could exceed $75,000.00.

**WHEREFORE,** Defendant, State Farm Fire and Casualty Company respectfully requests that the statutory requirements having been met, the pending state action be removed to this Court.

Respectfully submitted,

By: /s/ Thomas J. Mueller
Thomas L. Mueller, Esquire
Attorney I.D. No. 308672
Curtin & Heefner LLP
1040 Stony Hill Road, Suite 150
Yardley, PA 19067
215-736-2521

Dated: December 15, 2022

2829845.1/57726

<u>AFFIDAVIT</u>

I, Thomas L. Mueller, Esquire, being duly sworn according to law, do hereby depose and state that I am the attorney for Defendant, State Farm Fire and Casualty Company, the Petitioner in the foregoing Notice for Removal; that I have been duly authorized by the Petitioner to execute this Affidavit; that I am familiar with the facts involved in this matter, and that the allegations set forth in the foregoing Notice for Removal are true and correct to the best of my knowledge, information and belief.

_____
Thomas L. Mueller, Esquire