# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK DORSEY *et al*.,** | : | **CIVIL ACTION** |
| *Plaintiffs* | : | |
| | : | **NO. 22-5005** |
| **v.** | : | |
| | : | |
| **STATE FARM FIRE AND** | : | |
| **CASUATLY COMPANY** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 23rd day of April 2024, upon notification that the issues between Plaintiffs and Defendant have been settled, it is hereby **ORDERED** that all claims against said Defendant are **DISMISSED**, with prejudice, pursuant to the agreement of the parties. To conform to Local Rule of Civil Procedure 41.1(b), the Clerk of Court is directed to enter this Order and to mark this case **CLOSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*